United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND NOEL, et al.,

               Plaintiffs,

     v.

ROBLOX CORPORATION,

               Defendant.

Case No.  24-cv-00963-JSC

**PRETRIAL ORDER NO. 1: ARBITRATION AGREEMENT DISCOVERY**

Following the Case Management Conference held on August 29, 2024, the Court orders the following Existence of Arbitration Agreement Discovery Deadlines:

| | |
|---|---|
| Serve Initial Interrogatories: | August 30, 2024 |
| Complete Written Discovery: | October 25, 2024 |
| Submit Document Discovery Dispute Joint Letter: | November 1, 2024 |
| Complete Depositions: | December 6, 2024 |
| Submit Deposition Discovery Dispute Joint Letter: | December 13, 2024 |
| Submit Proposed Motion to Compel Briefing Schedule: | December 13, 2024 |

**IT IS SO ORDERED.**

Dated: August 30, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge