1  Rachel Minder (*pro hac vice*)
2  **BULLOCK LEGAL GROUP, LLC**
   3350 Riverwood Pkwy SE
3  Suite 1900
   Atlanta, Georgia 30339
4  Telephone: (833) 853-4258
   Rachel@bullocklegalgroup.com

5  *Counsel for Plaintiffs*
   *Additional counsel listed in signature block*
6

7

8             **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10                  **SAN FRANCISCO DIVISION**

11 | **RAYMOND NOEL and LAURA**          | Case Number: 3:24-cv-00963-JSC
12 | **NOEL,** on behalf of themselves and all others who are similarly situated, |
13 |                                      | **NOTICE OF DISMISSAL PURSUANT TO**
14 |                          Plaintiffs, | **FRCP 41(a)(1)(A)(i)**
15 |   vs.                                |
16 | **ROBLOX CORPORATION**,              |
17 |                          Defendant.  |

18

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Raymond and Laura Noel hereby voluntarily dismiss their claims against Roblox Corporation, without prejudice.

Dated: January 16, 2025

Respectfully submitted,

*/s/ Rachel Minder*
Rachel Minder (*pro hac vice*)
**BULLOCK LEGAL GROUP, LLC**
3350 Riverwood Pkwy SE
Suite 1900
Atlanta, Georgia 30339
Telephone: (833) 853-4258
rachel@bullocklegalgroup.com

Jennie Lee Anderson (SBN 203586)
**ANDRUS ANDERSON LLP**
115 Montgomery Street, Suite 900
San Francisco, California 94104
Telephone: (415) 986-1400
jennie@andrusanderson.com

Jennifer S. Czeisler (pending *pro hac vice*)
**STERLINGTON PLLC**
One World Trade Center
85th Floor
New York, New York 10007
Telephone: (212) 433-2993
jen.czeisler@sterlingtonlaw.com

# CERTIFICATE OF SERVICE

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 3350 Riverwood Pkwy SE, Suite 1900, Atlanta, Georgia 30339; and that on this date I served a true copy of the document(s) entitled:

- **NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Service was effectuated by forwarding the above-noted document in the following manner:

[XX] VIA CM/ECF. I electronically served the above document(s) via CM/ECF on all parties opting for e-service and is available for viewing and downloading from the Court's CM/ECF system.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 16, 2025, at Atlanta, Georgia.

/s/ *Rachel Minder*
Rachel Minder